**FILED**
APR 17 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDRE WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 15-107 (UNA) |
| ) | |
| JOAN CAMPBELL, JUDGE, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

Plaintiff purports to bring this civil rights action under 42 U.S.C. § 1983 against the Texas judge who presided over his criminal case. He claims that the judge violated rights protected under the Fifth, Sixth and Fourteenth Amendments to the United States Constitution by closing the courtroom during jury selection and during a suppression hearing. While plaintiff demands no monetary damages, he demands a declaratory judgment, thereby inviting this Court to review the decisions of a state court judge. A federal district court has no authority to review the decisions of a state court. *See Richardson v. District of Columbia Court of Appeals,* 83 F.3d 1513, 1514 (D.C. Cir. 1996) (citing *District of Columbia v. Feldman,* 460 U.S. 462, 476 (1983) and *Rooker v. Fidelity Trust Co.,* 263 U.S. 413 (1923)). The Court will grant plaintiff's application to proceed *in forma pauperis* and dismiss the complaint for failure to state a claim upon which relief can be granted. *See* 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A(b)(2). An Order consistent with this Memorandum Opinion is issued separately.

DATE: 4/16/15

_____
United States District Judge